UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      - v. -

JAMES KELLY,

                Defendant.

**ORDER**

23 Mag. 848 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court today, Magistrate Judge Willis's February 3, 2023 order granting bail is reversed. Defendant will remain detained pending trial.

Dated: New York, New York
       February 7, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge